IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Smalley, Alice M | Case Number:  07 B 07131 |
| | Judge:  Squires, John H |
| Printed: 01/22/09 | Filed:  4/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 12, 2008
Confirmed: August 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,944.42 | |
| Secured: | | 4,126.38 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,274.00 |
| Trustee Fee: | | 462.20 |
| Other Funds: | | 1,081.84 |
| Totals: | 8,944.42 | 8,944.42 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert V Schaller | Administrative | 3,000.00 | 3,000.00 |
| 2. | Robert V Schaller | Administrative | 274.00 | 274.00 |
| 3. | M&T Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | CarMax Auto Finance | Secured | 1,000.00 | 1,000.00 |
| 5. | M&T Mortgage Corp | Secured | 18,304.25 | 3,126.38 |
| 6. | RoundUp Funding LLC | Unsecured | 697.06 | 0.00 |
| 7. | CB USA | Unsecured | 100.20 | 0.00 |
| 8. | Capital One | Unsecured | 2,117.17 | 0.00 |
| 9. | Nicor Gas | Unsecured | 531.61 | 0.00 |
| 10. | Midwest Physician Group | Unsecured | 1,449.14 | 0.00 |
| 11. | Cook County Treasurer | Secured | | No Claim Filed |
| 12. | Provincetown Improvement Assoc | Secured | | No Claim Filed |
| 13. | American General Finance | Unsecured | | No Claim Filed |
| 14. | HSBC | Unsecured | | No Claim Filed |
| 15. | BP Amoco | Unsecured | | No Claim Filed |
| 16. | GEMB | Unsecured | | No Claim Filed |
| 17. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | CB Accounts | Unsecured | | No Claim Filed |
| 20. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 21. | Fingerhut | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | GEMB | Unsecured | | No Claim Filed |
| 24. | GEMB | Unsecured | | No Claim Filed |
| 25. | Money Control | Unsecured | | No Claim Filed |
| 26. | First Premier Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smalley, Alice M | Case Number: 07 B 07131 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 01/22/09 | Filed: 4/20/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Nicor Gas | Unsecured | | No Claim Filed |
| 28. | American General Finance | Unsecured | | No Claim Filed |
| 29. | Spiegel | Unsecured | | No Claim Filed |
| 30. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 31. | GEMB | Unsecured | | No Claim Filed |
| 32. | SBC | Unsecured | | No Claim Filed |
| 33. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 34. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 35. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 36. | St James Hospital | Unsecured | | No Claim Filed |
| | | | $ 27,473.43 | $ 7,400.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 242.60 |
| 6.5% | 183.90 |
| 6.6% | 35.70 |
| | $ 462.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

